James R. COOK, Claimant–Appellant,

v.

Anthony J. PRINCIPI, Secretary of Veterans Affairs, Respondent–Appellee.

No. 00–7171.

United States Court of Appeals, Federal Circuit.

Feb. 3, 2003.

ON PETITION FOR REHEARING EN BANC

*ORDER*

James R. Cook filed a petition for rehearing en banc, which was referred to the circuit judges who are in regular active service.

Upon consideration thereof,

IT IS ORDERED THAT:

The petition for rehearing en banc is denied.

The mandate of the court will issue on February 10, 2003.